UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS; CHRIS GRADILLAS, individually and as assignees, ASSIGNEES OF KENNETH NWADIKE, Jr. D/B/A AMERICA BUS LINE,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY; PRO INSURANCE SOLUTION LIMITED; PRO IS, INC.; WALSHIRE ASSURANCE COMPANY; KINGSWAY FINANCIAL SERVICES, INC.; TAWA, PLC; LGIC HOLDINGS, KINGSWA AMERICA, INC.<br>Defendants. | Case No. 3:12-cv-03697-CRB<br><br><br><br><br>Hearing Date: [none]<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Time: [none] |

## ~~PROPOSED~~ ORDER

This matter is before the Court on Defendants Lincoln General Insurance Company ("Lincoln General"), Pro IS, Inc., Walshire Assurance Company, and Kingsway Financial Services, Inc. (hereinafter, referred to jointly as "Defendants") and Plaintiffs Lillian and Chris Gradillas' Joint Stipulation to an Alternative Date for Motion Hearing and CMC (10/24/2012 Clerks Notice). Upon consideration of all matters properly before the Court and pursuant to Stipulation, the Motion Hearing and CMC will take place on November 16, 2012, at 10:00 am in Courtroom 6, 17th Floor, San Francisco.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: October 29, 2012

By: _____
Hon. Charles R. Breyer

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

1

Proposed Order // 3:12-cv-03697-CRB