Scott A. Brown, SBN 177099
David M. Poore, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 400
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 943-1164
sbrown@bplegalgroup.com
**Attorneys for Plaintiffs,**
LILLIAN GRADILLAS, CHRIS GRADILLAS

GEORGE D. YARON, ESQ. (State Bar #96246), gyaron@yaronlaw.com
HENRY M. SU, ESQ. (State Bar #171853), hsu@yaronlaw.com
BRENTLEY P. YIM, ESQ. (State Bar #267332), byim@yaronlaw.com
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929

J. ANTHONY CAROZZA, tony.carozza@rsg-law.com (*Pro Hac Vice*)
CHRISTOPHER L. LAFON, chris.lafon@rsq-law.com (*Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY LLC
500 W. Madison St., Ste. 2300
Chicago, IL 60661
Telephone (312) 466-7217
**Attorneys for Defendants,** Lincoln General Insurance Company
Pro IS, Inc. Walshire Assurance Company
Kingsway Financial Services, Inc., Kingsway America, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS; CHRIS GRADILLAS, individually and as assignees of KENNETH NWADIKI, JR. dba AMERICA BUS LINE,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY; PRO INSURANCE SOLUTION LIMITED; PRO IS, INC. (DOE 1); WALSHIRE ASSURANCE COMPANY (DOE 2); KINGSWAY FINANCIAL SERVICES, INC. (DOE 3); TAWA, PLC (DOE 4); LGIC HOLDINGS (DOE 5); KINGSWAY AMERICA, INC. (DOE 6); and DOES 7 through 10,<br><br>Defendants. | Case No. 3:12-cv-03697-CRB<br><br>**STIPULATION RE: ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SANCTIONS**<br>[Civ. L.R. 7-11]<br><br>**Dept.:** Courtroom 6, 17th Floor<br><br>Action Filed: February 23, 2012<br>Trial Date: None |

-1-

1  The parties through their respective counsel of record enter into the following stipulation
2  regarding Plaintiffs' Administrative Motion to Extend Time in which to file and serve an
3  Opposition to Defendants' Motion for Sanctions under Federal Rule of Civil Procedure 11. [Doc.
4  No. 68.] ("Administrative Motion").
5
6  Whereas, Defendants opposed Plaintiffs' Administrative Motion to Extend Time in which
7  to file and serve an Opposition to Defendants' Motion for Sanctions (Dkt. 69) ("Opposition") on
8  several grounds, including the lack of a meet and confer regarding the requested relief under
9  Local Rule 7-11.
10  Whereas, upon Plaintiffs' request and after Defendants filed their Opposition, Plaintiffs
11  and Defendants participated in a meet and confer regarding Plaintiffs' requested relief in
12  Plaintiffs' Administrative Motion on November 10, 2012.
13  Whereas, in entering into this stipulation, Defendants do not stipulate that Plaintiffs have
14  shown good cause to extend the time in which to file an Opposition to Defendants' Motion for
15  Sanctions;
16  Whereas, Defendants do not stipulate to Plaintiffs' request for an extension of time in
17  Plaintiffs' Administrative Motion in which to file an Opposition to Defendants' Motion for
18  Sanctions.;
19  Whereas, Plaintiffs have sought in their Administrative Motion an extension of time in
20  which to file an Opposition to the Motion for Sanctions and set forth a proposed briefing
21  schedule;
22  The parties hereby stipulate to the proposed briefing schedule for Opposition and Reply
23  Briefs in response to Defendants' Motion for Sanctions [Doc. No. 57] if and only if the Court
24  grants Plaintiffs the relief sought in their Administrative Motion to the following briefing
25  schedule:
26  ➢ Opposition Due Date: November 21, 2012
27  ➢ Reply Due Date: November 30, 2012
28

-2-
STIPULATION RE ADMINISTRATIVE MOTION TO EXTEND TIME RE MOTION FOR SANCTIONS
*Gradillas v. Lincoln General Insurance Company, et al.* Case No. 3:12-cv-03697 CRB

1       ➢ Hearing Date:      December 14, 2012 (as currently set)

SO STIPULATED

Dated: November 12, 2012      BROWN | POORE LLP


By:   *//David M. Poore//*
     David M. Poore
     Attorneys for Plaintiffs


Dated: November 12, 2012      RUBERRY, STALMACK & GARVEY LLC


By:   // J. Anthony Carozza//
     J. Anthony Carozza
     Attorneys for Defendants

**IT IS SO ORDERED**
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)