**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS, ET AL., | No. C 12-03697 CRB |
| Plaintiffs, | **ORDER DENYING MOTION TO SHORTEN TIME** |
| v. | |
| LINCOLN GENERAL INSURANCE CO., ET AL., | |
| Defendants. | |

The Court hereby DENIES Plaintiffs' Administrative Motion for an Order Shortening Time as to its Motion to Amend Complaint, as it is insufficient under Civil Local Rule 6-3. The briefing schedule on Plaintiffs' Motion to Amend Complaint will remain as set forth in Civil Local Rule 7-3. The hearing on Plaintiffs' Motion to Amend Complaint will be held on Friday, January 11, 2013 at 10:00 am.

**IT IS SO ORDERED.**

Dated: December 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3697\order re motion to shorten time.wpd