1
2
3
4
5
6
7
8
9
10
11
12
13

## ~~PROPOSED~~ ORDER

14  This matter is before the Court on Defendant Lincoln General Insurance Company
15 ("Lincoln General"), and Plaintiffs Lillian and Chris Gradillas' (Plaintiffs) Joint Stipulation to
16 Extend the Time and Move the Hearing Date on Plaintiffs' Motion for Entry of Judgment
17 Pursuant to Rule 54(b) and Other Relief (Dkt. 78) ("Plaintiffs' Motion). Upon consideration of
18 all matters properly before the Court and pursuant to Stipulation, if the parties do not resolve the
19 matter during or after the scheduled January 21, 2013 mediation, Lincoln General's due date for
20 opposing Plaintiffs' Motion is January 25, 2013; Plaintiffs' due for a reply is January 29, 2013
21 and the Hearing Date would be on February 8, 2013, or the earliest available hearing date
22 thereafter.
23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
25 Date: December 21, 2012
26                                By: _____
27                                    Hon. Charles R. Breyer

[Stamp: APPROVED — Judge Charles R. Breyer — United States District Court, Northern District of California]

28

1

Proposed Order // 3:12-cv-03697-CRB