IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS, ET AL., | No. C 12-03697 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| LINCOLN GENERAL INSURANCE CO., ET AL., | |
| Defendants. | |

 Having granted in part Plaintiffs' Motion to Amend the Complaint (dkt. 78), which sought the entry of judgment on the breach of contract claim against Lincoln, the Court hereby enters judgment for Plaintiffs and against Lincoln on the breach of contract claim.

**IT IS SO ORDERED.**

Dated: March 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3697\judgment.wpd