GEORGE D. YARON, ESQ. (State Bar #96246), gyaron@yaronlaw.com
HENRY M. SU, ESQ. (State Bar #171853), hsu@yaronlaw.com
BRENTLEY P. YIM, ESQ. (State Bar #267332), byim@yaronlaw.com
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929

J. ANTHONY CAROZZA, tony.carozza@rsg-law.com (Appearance *Pro Hac Vice*)
CHRISTOPHER L. LAFON, chris.lafon@rsg-law.com (Appearance *Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY LLC
500 W. Madison St., Ste. 2300
Chicago, IL  60661
Telephone (312) 466-7217

Attorneys for Defendants
Lincoln General Insurance Company
Pro IS, Inc.
Walshire Assurance Company
Kingsway Financial Services, Inc.
Kingsway America, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS;CHRIS GRADILLAS, individually and as assignees, ASSIGNEES OF KENNETH NWADIKE, Jr. D/B/A AMERICA BUS LINE,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN GENERAL INSURANCECOMPANY; PRO INSURANCE SOLUTION LIMITED; PRO IS, INC.; WALSHIRE ASSURANCE COMPANY; KINGSWAY FINANCIAL SERVICES, INC.; TAWA, PLC; LGIC HOLDINGS, KINGSWAY AMERICA, INC.<br>Defendants. | Case No. 3:12-cv-03697-CRB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS PRO IS, INC., WALSHIRE ASSURANCE COMPANY, KINGSWAY FINANCIAL SERVICES, INC., & KINGSWAY AMERICA, INC. WITHOUT PREJUDICE**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Hearing Date: [none]<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Time: [none] |

1

Stipulation // 3:12-cv-03697

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants Pro IS, Inc., Walshire Assurance Company, Kingsway America, Inc. and Kingsway Financial Services, Inc. only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 17, 2013

By: /s/ J. Anthony Carozza
Attorneys for Defendant
Pro IS, Inc.
Walshire Assurance Company
Kingsway Financial Services, Inc.
Kingsway America, Inc.

GEORGE D. YARON, ESQ.
HENRY M. SU, ESQ.
BRENTLEY P. YIM, ESQ.
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929

J. ANTHONY CAROZZA (Appearance *Pro Hac Vice*)
CHRISTOPHER L. LAFON (Appearance *Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY LLC
500 W. Madison St., Ste. 2300
Chicago, IL 60661
Telephone (312) 466-7217

By: /s/ David M. Poore
Attorneys for Plaintiffs
DAVID POORE
BROWN | POORE LLP
1350 Treat Blvd., Suite 400
Walnut Creek, California 94597
Telephone: (925) 943-1166

2
Stipulation // 3:12-cv-03697