UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRADILLAS, CHRIS GRADILLAS, individually and as assignees of KENNETH NWADIKI, JR., dba AMERICA BUS LINE,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY; PRO INSURANCE SOLUTION LIMITED, PRO IS, INC. (DOE 1); WALSHIRE ASSURANCE COMPANY (DOE 2); KINGSWAY FINANCIAL SERVICES, INC. (DOE 3); TAWA, PLC (DOE 4); LGIC HOLDINGS (DOE 5); KINGSWAY AMERICA, INC. (DOE 6); and DOES 7 through 10,<br><br>Defendants. | Case No.  12-cv-03697-CRB<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

Dated: March 8, 2016

_____
CHARLES R. BREYER
United States District Judge