1  Scott A. Brown, SBN 177099
   David M. Poore, SBN 192541
2  BROWN | POORE LLP
   1350 Treat Blvd., Suite 420
3  Walnut Creek, California  94597
   Telephone:     (925) 943-1166
4  dpoore@bplegalgroup.com

5  Attorneys for Plaintiffs
   LILLIAN and CHRIS GRADILLAS
6

7                          **UNITED STATES DISTRICT COURT**
8
                           **NORTHERN DISTRICT OF CALIFORNIA**
9

10
   LILLIAN GRADILLAS; CHRIS                    **Case No.  3:12-cv-03697 CRB**
11 GRADILLAS, individually and as assignees of
   KENNETH NWADIKI, JR. dba AMERICA
12 BUS LINE,                                   **NOTICE OF DISMISSAL OF ALL
                                               DEFENDANTS, OTHER THAN
13                                             DEFENDANT LINCOLN GENERAL
                Plaintiffs,                    INSURANCE COMPANY, AND ORDER
14                                             [F.R.C.P. 41(a)(1)(A)(i)]**
   v.
15
   LINCOLN GENERAL INSURANCE                   Courtroom 6, 17th Floor
16 COMPANY;  PRO INSURANCE SOLUTION
   LIMITED; PRO IS, INC. (DOE 1);
17 WALSHIRE ASSURANCE COMPANY                  *Action Filed: February 23, 2012*
   (DOE 2); KINGSWAY FINANCIAL                 *Trial Date:     None*
18 SERVICES, INC. (DOE 3); TAWA, PLC
   (DOE 4); LGIC HOLDINGS (DOE 5);
19 KINGSWAY AMERICA, INC. (DOE 6); and
   DOES 7 through 10,
20
21
                Defendants.
22

PLEASE TAKE NOTICE that Plaintiffs LILLIAN and CHRIS GRADILLAS hereby dismiss with prejudice the following Defendants, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i):

PRO INSURANCE SOLUTION LIMITED; PRO IS, INC. (DOE 1); WALSHIRE ASSURANCE COMPANY (DOE 2); KINGSWAY FINANCIAL SERVICES, INC. (DOE 3); TAWA, PLC (DOE 4); LGIC HOLDINGS (DOE 5); and KINGSWAY AMERICA, INC. (DOE 6) (collectively, "Dismissed Defendants").

This dismissal does not affect Defendant LINCOLN GENERAL INSURANCE COMPANY (In Liquidation) ("Lincoln General"), and Defendant Lincoln General will remain a party to this litigation until the settlement consideration is transferred to Plaintiffs, in accordance with the parties' settlement agreement.

There exists good cause in which to dismiss these Defendants pursuant to Rule 41(a)(1)(A)(i), as, after many years, the Plaintiffs and Lincoln General have reached settlement that will dispose of the litigation without any further participation required by Dismissed Defendants, and Plaintiffs named Dismissed Defendants in this action as alleged alter-egos of Defendant Lincoln General. The Dismissed Defendants have not appeared in this action, and they were previously dismissed without prejudice, when Defendant Lincoln General appealed the grant of partial summary judgment in this matter to the Ninth Circuit Court of Appeals. As Plaintiffs and Lincoln General have now reached a full settlement in this matter, the Dismissed Defendants should be dismissed, with prejudice, at this time, with each party bearing its own costs and attorney's fees.

Dated: March 21, 2016                                  BROWN | POORE LLP

                                                                                  *//s// David M. Poore*
                                                                              DAVID M. POORE
                                                                              Attorneys for Plaintiffs
                                                                              LILLIAN & CHRIS GRADILLAS

## ORDER

IT IS HEREBY ORDERED that the following Defendants are hereby dismissed from this action with prejudice: PRO INSURANCE SOLUTION LIMITED; PRO IS, INC. (DOE 1); WALSHIRE ASSURANCE COMPANY (DOE 2); KINGSWAY FINANCIAL SERVICES, INC. (DOE 3); TAWA, PLC (DOE 4); LGIC HOLDINGS (DOE 5); and KINGSWAY AMERICA, INC. (DOE 6).  Each party to bear its own costs and attorney's fees.

SO ORDERED.

Dated:  March 23, 2015                         _____
                                               UNITED STATES DISTRICT COURT

2
**NOTICE OF DISMISSAL OF ALTER-EGO DEFENANTS WHO HAVE YET TO APPEAR IN THE ACTION**
Gradillas v. Lincoln General Ins. Co., et al, Case No. 3:12-CV-03697 CRB